```
IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF OHIO
              EASTERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:18-CR-216 |
| | : | JUDGE MARBLEY |
| v. | : | |
| | : | |
| **BANMEET SINGH** | : | |

## MOTION FOR LIMITED DISCLOSURE

The United States of America respectfully seeks an Order of Limited Disclosure of both the Indictment and Arrest Warrant in the above-captioned case for the purpose of disclosing to the Office of International Affairs within the Department of Justice and United Kingdom officials for the purpose of seeking the arrest and eventual extradition of **BANMEET SINGH**.

The United States therefore moves the Court for an order permitting this limited disclosure to the Office of International Affairs of the Department of Justice and United Kingdom officials who would assist in effectuating the arrest and eventual extradition of **BANMEET SINGH**. Investigators are apprehensive that if any further disclosure, the defendant will flee his current location, make it difficult for investigators to locate him, alert co-conspirators and possibly destroy evidence, if he were to learn that an indictment had been returned prior to his arrest.

The United States therefore requests that for all other purposes, this Motion for Limited Disclosure, the Indictment and Arrest Warrant otherwise remain under seal pursuant to the Court's previous Order.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Michael J. Hunter
MICHAEL J. HUNTER (0076815)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614) 469-5715
Fax: (614) 469-5653
Michael.Hunter@usdoj.gov