AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>BANMEET SINGH<br><br>Defendant | ) ) ) Case No. 2:18-cr-216<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Banmeet Singh,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute controlled substances
21 U.S.C. 846
Conspiracy to import controlled substances
21 U.S.C. 952(a), 960(b)(2) & (b)(3), and 963
Conspiracy to commit money laundering
18 U.S.C. 1956(h)

Date: 10/16/2018

_____
*Issuing officer's signature*

City and state: Columbus, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/17/18, and the person was arrested on *(date)* 03/19/23
at *(city and state)* Columbus, OH.

Date: 03/20/23

_____
*Arresting officer's signature*

TFO ANDREW WUERTZ
*Printed name and title*