IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | **NOTICE** |
| v. | : | Case No. 2:18-cr-216 |
| Banmeet Singh, | : | CHIEF JUDGE MARBLEY |
| Defendant. | : | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: UNITED STATES DISTRICT COURT    Courtroom 331
85 Marconi Boulevard
Columbus, OH 43215    January 26, 2024 @ 10:15 a.m.

***If an interpreter is needed, please notify ASAP***

TYPE OF PROCEEDING:    Change of Plea Hearing

DATE: January 9, 2024    ALGENON L. MARBLEY
United States Chief District Judge

_____
(By) Diane M. Stash, Deputy Clerk
(614) 719-3265

cc:    Counsel of Record (via CM/ECF)
U.S. Pretrial Services, U.S. Courthouse, Columbus, OH 43215
U.S. Probation, U.S. Courthouse, Columbus, OH 43215
U.S. Marshal, U.S. Courthouse, Columbus, OH 43215