# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:18-CR-216 |
| | : | |
| | : | **Chief JUDGE MARBLEY** |
| v. | : | |
| | : | |
| **BANMEET SINGH** | : | |

## MOTION TO UNSEAL

AND NOW comes the United States of America by its attorneys, Kenneth L. Parker United States Attorney for the Southern District of Ohio, and Michael Hunter, Assistant United States Attorney for said District, and hereby respectfully requests, that the Plea Agreement be unsealed as the public disclosure of this document will no longer jeopardize the investigation and prosecution of the related cases.

WHEREFORE, the government respectfully requests that Plea Agreement in the above-captioned case, be unsealed.

Respectfully submitted,
Kenneth L. Parker
United States Attorney

By: s/Michael Hunter_____
Michael Hunter
Assistant U.S. Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 2:18-CR-216 |
| | : | |
| | : | **Chief JUDGE MARBLEY** |
| v. | : | |
| | : | |
| **BANMEET SINGH** | : | |

**O R D E R**

AND NOW, to wit, this _____ day of January 2024, upon consideration of the Motion to Unseal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED, and the Plea Agreement in the above-captioned matter is UNSEALED.

_____
Honorable Algenon L. Marbley
United States District Judge
Southern District of Ohio