IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:18-CR-216 |
| | : | |
| | : | Chief JUDGE MARBLEY |
| v. | : | |
| | : | |
| BANMEET SINGH | : | |

## ORDER

Upon consideration of the Motion to Unseal (ECF No. 33), heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED, and the Plea Agreement in the above-captioned matter is UNSEALED.

Dated: January 25, 2024

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE